**DOCKET NUMBER:** 14cr399(ENV)  
USA v. Discala et al

Date: 11/20/2015

## CRIMINAL CAUSE FOR Arraignment & Status Conference

Date Received By Docket Clerk:_____  
**BEFORE JUDGE:** ERIC N. VITALIANO

Docket Clerk Initials:_____  
**TIME IN COURT:** 60 minutes

| DEFENDANTS | ATTORNEY |
|---|---|
| Abraxas Discala | Roland Riopelle standing in for Charles Ross |
| Ira Shapiro | Richard Greenberg and Steven Yurowitz |
| Craig Josephberg | Ellen Murphy |
| Kyleen Kane | Roland Riopelle |
| Darren Goodrich | Patrick Smith |
| Darren Ofsink | Christopher Bruno |
| Michael Morris | Maranda Fritz and Eli Richlin |

| Plaintiff | Attorney |
|---|---|
| USA | Shannon Jones |
| | Winston Paes |
| | Patrick Hein |

**CASE MANAGER:** William Villanueva

**COURT REPORTER:** Angela Grant

**INTERPRETER:** n/a            **LANGUAGE:**

**Probation Officer:** n/a

- X  Defendants Discala, Shapiro, Josephberg, Kane and Goodrich Smith arraigned on the superseding indictment. All arraigned defendants plead not guilty to all charges. Formal reading of the indictment waived.
- X  Joint motion by Government and counsel for defendant Goodrich for the Court to adopt bail conditions from the Central District of California is granted. Bail condition expanded to include New Jersey.
- X  Next Status Conference scheduled for 3/18/2016 @ 10.
- X  Time continues to be excluded to March 18, 2016.